UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| COMPANA, LLC,<br><br>            Plaintiff,<br><br>      v.<br><br>AETNA, INC.,<br><br>            Defendant. | Case No.  C05-0277L<br><br>ORDER TO SHOW CAUSE |

This matter comes before the Court *sua sponte*.  On January 23, 2006, plaintiff filed an opposition to defendant's motion for relief from deadline (Dkt. #51) with related documents that, taken as a whole, exceeds 50 pages in length.  As of this date, a courtesy copy of these documents has not been provided for chambers.

Plaintiff is hereby ORDERED to show cause why it should not be sanctioned for failure to comply with this Court's "Order Regarding Initial Disclosures, Joint Status Report, and Early Settlement" (Dkt. #26), and the Court's docket entry of November 9, 2005.  Plaintiff shall immediately deliver a paper copy of the opposition and all supporting documents, with tabs or other organizing aids as necessary and clearly marked with the words "Courtesy Copy of Electronic Filing for Chambers," to the Clerk's Office.  Plaintiff shall respond to this order to show cause no later than five days from the date of

ORDER TO SHOW CAUSE- 1

1 this Order.

2

3     DATED this 26th day of January, 2006.

4

5

6                         /s/ Robert S. Lasnik
                          Robert S. Lasnik
7                         United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26  ORDER TO SHOW CAUSE- 2