UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

COMPANA, LLC,

        Plaintiff,

    v.

AETNA, INC.,

        Defendant.

Case No. C05-0277L

ORDER VACATING ORDER
TO SHOW CAUSE

This matter comes before the Court *sua sponte*. On January 23, 2006, plaintiff filed an opposition to defendant's motion for relief from deadline (Dkt. #51) with related documents that, taken as a whole, exceeded 50 pages in length. On January 26, 2006, the Court issued an order to show cause why plaintiff should not be sanctioned for failure to comply with the Court's prior instructions. The order to show cause (Dkt. #54) is now vacated in light of the receipt of the courtesy copy.

DATED this 30th day of January, 2006.

                /s/ Robert S. Lasnik
                Robert S. Lasnik
                United States District Judge

ORDER VACATING ORDER TO SHOW CAUSE